IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>ROBYN RENEA HAMILTON,<br>DAVID CODINA-RAMIREZ,<br>MIKE SCOTT ROSELIUS,<br>DOLORES MARIA TORRES,<br>JULIO CESAR PONCE-YBARRA,<br>JAMIE ANN UTTERBACH-VALENZUELA,<br><br>　　　　　　Defendants. | **8:13CR43**<br><br>**ORDER** |

　　　　Counsel for defendant Robyn Renea Hamilton has orally moved to continue the trial for one week due to a scheduling conflict. Judge John Gerrard does not oppose such continuance and this Court finds the motion should be granted as to all remaining defendants. Accordingly,

　　　　IT IS ORDERED:

　　　　1)　　Defendant Robyn Renea Hamilton's oral motion to continue trial is granted.

　　　　2)　　The trial of this case is set to commence before the Honorable John M. Gerrard, United States District Judge, in Courtroom 1 of the United States Courthouse, Omaha, Nebraska, at 9:00 a.m. on July 21, 2014, for seven trial days, or as soon thereafter as the case may be called. Jury selection will be held at commencement of trial.

　　　　3)　　Based upon the showing set forth in the defendant's oral motion and the representation of counsel, the Court further finds that the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the remaining defendants and the public in a speedy trial. Accordingly, the additional time arising as a result of the granting of the motion, the time between today's date, and July 21, 2014, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because despite counsel's due diligence, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7).

　　　　May 27, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　　　s/ F. A. Gossett, III
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge